# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| PAUL ROPPOLO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO. CIV-19-0312-HE |
| | ) | |
| JAMES, A. YATES, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Plaintiff Paul Roppolo, a state prisoner appearing *pro se*, filed this § 1083 action alleging violations of his constitutional rights. Pursuant to 28 U.S.C. § 363(b)(1)(B) and (C), the matter was referred to Magistrate Judge Gary M. Purcell for initial proceedings. Judge Purcell has issued a Report and Recommendation recommending the transfer of this action to the Eastern District of Oklahoma. Plaintiff has since filed a Letter [Doc. # 7] and Notice [Doc. # 8] with the court, neither of which addressed the issues raised by the Report. Thus, plaintiff has failed to object to the Report thereby waiving his right to appellate review of the factual and legal issues it addressed. Casanova v. Ulibarri, 595 F.3d 1120, 1123 (10th Cir. 2010).

Accordingly, the court **ADOPTS** the Report and Recommendation [Doc. # 6]. This action is transferred to the United States District Court for the Eastern District of Oklahoma.

**IT IS SO ORDERED**.

Dated this 7th day of May, 2019.

JOE HEATON
CHIEF U.S. DISTRICT JUDGE